Petition for a writ of certiorari to the Superior Court of the State of Massachusetts denied. *Mr. Bernard J. Killian, Mr. Charles Toye,* and *Mr. Joseph F. O'Connell* for the petitioner. No appearance for the respondent.

———

No. 905. W. A. GAINES & COMPANY, PETITIONER, *v.* HELLMAN DISTILLING COMPANY, ETC. April 17, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. James Love Hopkins, Mr. Edmund F. Trabue* and *Mr. D. W. Lindsay* for the petitioner. *Mr. W. T. Ellis* and *Mr. Luther Ely Smith* for the respondent.

———

No. 916. W. G. SIMPSON ET AL., PETITIONERS, *v.* THE UNITED STATES. April 17, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. William H. Atwell* for the petitioners. No brief for the respondent.

———

No. 921. CHARLES T. TUCKER, PETITIONER, *v.* THE UNITED STATES. April 17, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Charles T. Tucker, pro se, Mr. Nathaniel H. Maxwell* and *Mr. Francis B. James* for the petitioner. *The Attorney General, The Solicitor General* and *Mr. Assistant Attorney General Wallace* for the respondent.

———

No. 933. JOHN K. ROSE, ETC., ET AL., PETITIONERS, *v.* PETER MCCLELLAND, JR. April 17, 1916. Petition for a writ of certiorari to the United States Circuit Court of